EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 17 2004

at __ o'clock and __ min. P. M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR04-00442 HG |
| Plaintiff, ) | INDICTMENT |
| v. ) | |
| ZOLTAN GEORGE KONTSAGH, ) | [18 U.S.C. §§ 922(g)(1); 922(g)(5); 924(a)(2)] |
| a.k.a. Zoltan Konthy, ) | |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about November 1, 2004, in the District of Hawaii, ZOLTAN GEORGE KONTSAGH, a.k.a. Zoltan Konthy, being a person previously convicted of a crime punishable by a term of imprisonment of more than one year, to wit, Promoting Prison Contraband in the Second Degree, a violation of Hawaii Revised

Statutes Section 710-1023, on June 8, 1983, in Cr. No. 6371 in the Circuit Court of the Third Circuit, State of Hawaii, did possess in and affecting commerce a firearm, to wit, a Browning, Model Hi Power, 9 mm semi-automatic pistol, serial number 245NX72949.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

The Grand Jury further charges:

On or about November 1, 2004, in the District of Hawaii, ZOLTAN GEORGE KONTSAGH, a.k.a. Zoltan Konthy, being an alien who was illegally and unlawfully in the United States, did knowingly possess in and affecting commerce a firearm, to wit, a Browning, Model Hi Power, 9 mm semi-automatic pistol, serial number 245NX72949.

//
//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

DATED: November 17, 2004, at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crime Section

LORETTA SHEEHAN
Assistant U.S. Attorney

USA v. ZOLTAN GEORGE KONTSAGH
Cr. No.
"Indictment"

3