## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

March 14, 2006

A. Catterson, Clerk
U.S. Court of Appeals
    For the Ninth Circuit
95 Seventh Street
P.O. Box 193939
San Francisco, CA 94119-3939

    In Re:  U.S.A. vs. George Kontsagh
              Criminal No. CR 04-00442HG
              CA No. 05-10293

Dear Ms. Catterson,

Enclosed please find the record on appeal, for the above entitled case, consisting of the following:

Original clerk's pleadings:
    1

Sealed document in expanding folder:
    3: #27, #29, #30

Reporters transcripts:
    3

and a certified copy of the docket sheet. Thank you.

                                            Sincerely,
                                            SUE BEITIA, Clerk

                                            By:

cc: parties of record