INTERNAL USE ONLY: Proceedings include all events.
05-10293 USA v. Kontsagh

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Lawrence L. Tong, Esq.<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>Loretta A. Sheehan, Esq.<br>FAX 808/541-2958<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S.<br>ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| ZOLTAN GEORGE KONTSAGH, aka<br>Zoltan Konthy<br>    Defendant - Appellant | Donna M. Gray, AFPD<br>FAX 808/514-3535<br>808/541-2521<br>Suite 7104<br>[COR LD NTC afp]<br>FPDHI - FEDERAL PUBLIC<br>DEFENDER'S OFFICE (HONOLULU)<br>PJKK Federal Bldg.<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850-5269<br><br>Peter C. Wolf, Jr.<br>FAX 808/541-3545<br>808/541-2521<br>Suite 7104<br>[COR LD NTC afp]<br>300 Ala Moana Boulevard<br>Honolulu, HI 96850-2521 |