# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT



Date: 7/9/07

RECEIVED
CLERK, U S DISTRICT COURT

JUL 10 2007

DISTRICT OF HAWAII

**TO:**    United States District Court - HAWAII

**FROM:**    Judge Raymond C. Fisher
United States Circuit Judge

**RE:**    **Return of District Court Record**

Case Name: USA v. KONTSAGH

Court of Appeals No: 05-10293 District Court No: CR 04-00442 HG

_1_    **Volume(s) of Clerk's Record**

_3_    **Volume(s) of Reporter's Transcripts**

_3 SEALED DOCS_    **Exhibits** (Nos. 27-29-30)

Other: CERT CRIM DOCKET

**cc:**    Ninth Circuit Records Unit
Chambers Case File

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

March 14, 2006

The Honorable Judge Raymond C. Fisher
U.S. Courts of Appeal Building
125 South Grand Ave., Ste 402
Pasadena,   CA 91105-1510

      In Re:  U.S.A. vs. George Kontsagh
            Criminal No. CR 04-00442HG
            CA No. 05-10293

Dear Judge Fisher,

Enclosed please find the record on appeal, for the above entitled case, consisting of the following:

Original clerk's pleadings:
    1

Sealed document in expanding folder:
    3: #27, #29, #30

Reporters transcripts:
    3

and a certified copy of the docket sheet.  Thank you.

          Sincerely,
          SUE BEITIA, Clerk

By:

Acknowledgment: _____ Date: _____




**United States Court of Appeals for the Ninth Circuit**
**Records Department**
**95 Seventh Street**
**San Francisco, California 94103**

# MEMORANDUM

Date:       March 2, 2006

TO:         Clerk's Office
            USDC Hawaii (Honolulu)

FROM:       Steve Seferian, Supervisor

SUBJECT:    Request for Record on Appeal

**RECEIVED**
CLERK, U.S. DISTRICT COURT

MAR – 2 2006

DISTRICT OF HAWAII

Pursuant to the request of a Judge/Staff Attorney of this court, please transmit the Record on Appeal in the following case.

**Please enclose a copy of this letter with the requested record. Please include all clerks files, reporters transcripts, sealed documents and state lodged documents. Please advise the Records Unit by email at <u>CA09 Records/CA09/09/USCOURTS</u> if this record is only available electronically.**

| Case Number | Title | District Court Number |
|---|---|---|
| 05-10293 | USA v. Kontsagh | CR-04-00442-HG |

**Please send record directly to:**

Judge RAYMOND C. FISHER
U.S. COURT OF APPEALS BUILDING
125 SOUTH GRAND AVE, SUITE 402
PASADENA CA 91105-1510